UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAYTHAMANI MOHAMED HASSAN,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation<br><br>Defendant. | Case No. 2:22-cv-01345-RSM<br><br>**ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT THE BOEING COMPANY** |

This matter came before the Court on Defendant The Boeing Company's Motion for Withdrawal and Substitution of Counsel. This Court, having reviewed the pleadings and documents on file, being fully apprised of the premise and legal authority relating to this issue, and having considered Defendant's Motion for Withdrawal and Substitution of Counsel;

IT IS SO ORDERED that:

1. Defendant's Motion for Withdrawal and Substitution of Counsel is hereby GRANTED;

2. Paul E. Smith and Shannon McDermott of the law firm Perkins Coie, LLP are withdrawn as counsel of record for Defendant The Boeing Company;

3. Laurence A. Shapero and Sarah Jung Evans of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C. are substituted as counsel of record for Defendant The Boeing Company; and

ORDER GRANTING MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL - 1
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

4. The appearances of Laurence A. Shapero and Sarah Jung Evans are hereby entered on behalf of Defendant The Boeing Company.

DATED this 18th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Laurence A. Shapero*
By: */s/ Sarah Jung Evans*
    Laurence A. Shapero, WSBA No. 31301
    Sarah Jung Evans, WSBA No. 37409
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7057
    Facsimile:  (206) 693-7058
    Email:  laurence.shapero@ogletree.com
           sarah.evans@ogletree.com

*Substituting Counsel*

Approved as to Form; Presentation Waived:

PERKINS COIE, LLP

By: */s/ Paul E. Smith*
By: */s/ Shannon C. McDermott*
    Paul E. Smith, WSBA No. 21158
    Shannon C. McDermott, WSBA No. 59455
    1201 Third Avenue, Suite 4900
    Seattle, WA  98101
    Telephone:  (206) 359-8000
    Facsimile:  (206) 359-9000
    Email:  PSmith@perkinscoie.com
           SMcDermott@perkinscoie.com

*Withdrawing Counsel*

ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058