# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HAYTHAMANI MOHAMED HASSAN,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-01345-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES** |

## ORDER

BASED UPON THE STIPULATED MOTION OF THE PARTIES through their counsel, it is hereby ORDERED that:

1. The Stipulated Motion for a trial continuance is GRANTED.

2. The trial in this matter shall be set for April 1, 2024.

3. A new scheduling order will be issued consistent with this trial date.

DATED this 22nd day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL DATE
AND RELATED PRETRIAL DATES- 1