THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| HAYTHAMANI MOHAMED HASSAN, | Case No. 2:22-cv-01345-RSM |
|---|---|
| Plaintiff, | **ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES** |
| v. | |
| THE BOEING COMPANY, a Delaware corporation, | |
| Defendant. | |

## ORDER

BASED UPON THE SECOND STIPULATED MOTION OF THE PARTIES through their counsel, it is hereby ORDERED that:

1. The Second Stipulated Motion for a trial continuance is GRANTED.

2. The trial in this matter shall be set for September 9, 2024.

3. The following case schedule deadlines are continued as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| **JURY TRIAL DATE** | **April 1, 2024** | **September 9, 2024** |
| Length of Trial | 6 days | 6 days |

ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES- 1
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. 1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

| | | |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | October 4, 2023 | March 4, 2024 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | November 3, 2023 | April 3, 2024 |
| Discovery completed by | December 4, 2023 | May 3, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | January 2, 2024 | May 31, 2024 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | February 16, 2024 | July 16, 2024 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | March 4, 2024 | August 2, 2024 |
| Agreed pretrial order due | March 20, 2024 | August 20, 2024 |
| Pretrial conference to be scheduled by the Court. | | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | March 27, 2024 | August 27, 2024 |

IT IS SO ORDERED

DATED this 25th day of September 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES- 2
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. 1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Presented by:

TELLER LAW

*/s/ Stephen A. Teller*
Stephen A. Teller, WSBA No. 23372
Teller Law
1139 34th Ave., Suite B
Seattle, WA 98122
Telephone: (206) 324-8969
Facsimile: (206) 860-3172
Email: Steve@stellerlaw.com
*Attorney for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Laurence A. Shapero*
*/s/ Sarah Jung Evans*
Laurence A. Shapero, WSBA No. 31301
Sarah Jung Evans, WSBA No. 37409
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: 206-693-7057
Fax: 206-693-7058
Email: laurence.shapero@ogletree.com
sarah.evans@ogletree.com

*Attorneys for Defendant*

ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES- 3
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. 1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2023, I served the foregoing [PROPOSED] ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES via the method(s) below on the following parties:

Stephen A. Teller, WSBA No. 23372
TELLER LAW
1139 34th Ave., Suite B
Seattle, WA 98122
Telephone: (206) 324-8969
Facsimile: (206) 860-3172
Email: Steve@stellerlaw.com

*Attorney for Plaintiff*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 19th day of September, 2023 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/Jordan E. Sheets* Jordan E. Sheets, Practice Assistant
jordan.sheets@ogletree.com

ORDER GRANTING SECOND STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES- 4
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. 1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058