THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HAYTHAMANI MOHAMED HASSAN,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-01345-RSM<br><br>**ORDER GRANTING THIRD STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES** |

## ORDER

BASED UPON THE THIRD STIPULATED MOTION OF THE PARTIES through their counsel, it is hereby ORDERED that:

1. The Third Stipulated Motion for a trial continuance is GRANTED.

2. The trial in this matter shall be set for December 6, 2024.

3. The following case schedule deadlines are continued as follows:

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| **JURY TRIAL DATE** | **September 9, 2024** | **December 9, 2024** |
| Length of Trial | 6 days | 6 days |

ORDER GRANTING THIRD STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES- 1
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

| | | |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | March 4, 2024 | May 31, 2024 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | April 3, 2024 | July 1, 2024 |
| Discovery completed by | May 3, 2024 | July 30, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | May 31, 2024 | August 27, 2024 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | July 16, 2024 | October 12, 2024 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | August 2, 2024 | October 29, 2024 |
| Agreed pretrial order due | August 20, 2024 | November 18, 2024 |
| Pretrial conference to be scheduled by the Court. | | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | August 27, 2024 | November 25, 2024 |

IT IS SO ORDERED

DATED this 18th day of March 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING THIRD
STIPULATED MOTION TO CONTINUE
TRIAL DATE AND RELATED PRETRIAL
DATES- 2
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Presented by:

TELLER LAW

*/s/ Stephen A. Teller*
Stephen A. Teller, WSBA No. 23372
Teller Law
1139 34th Ave., Suite B
Seattle, WA 98122
Telephone: (206) 324-8969
Facsimile: (206) 860-3172
Email: Steve@stellerlaw.com

*Attorney for Plaintiff*

IN PACTA PLLC

*/s/ Noah C. Davis*
Noah C. Davis, WSBA No. 30939
IN PACTA PLLC
33530 1st Way S.
Suite 102
Federal Way, WA 98003
Telephone: (206) 734-3753
Email: nd@inpacta.com

*Attorney for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Laurence A. Shapero*
*/s/ Sarah Jung Evans*
Laurence A. Shapero, WSBA No. 31301
Sarah Jung Evans, WSBA No. 37409
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: 206-693-7057
Fax: 206-693-7058
Email: laurence.shapero@ogletree.com
sarah.evans@ogletree.com

*Attorneys for Defendant*

ORDER GRANTING THIRD STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES- 3
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

# CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2024, I served the foregoing [PROPOSED] ORDER GRANTING THIRD STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES via the method(s) below on the following parties:

> Stephen A. Teller, WSBA No. 23372
> TELLER LAW
> 1139 34th Ave., Suite B
> Seattle, WA 98122
> Telephone: (206) 324-8969
> Facsimile: (206) 860-3172
> Email: Steve@stellerlaw.com
>
> *Attorney for Plaintiff*
>
> Noah Davis, WSBA No. 30939
> IN PACTA PLLC
> 33530 1st Way S.
> Suite 102
> Federal Way, WA 98003
> Telephone: (206) 734-3753
> Email: nd@inpacta.com
>
> *Attorney for Plaintiff*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 29th day of February, 2024 at Seattle, Washington.

> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
> By: */s/Jordan E. Sheets*
>     Jordan E. Sheets, Practice Assistant
>     jordan.sheets@ogletree.com

ORDER GRANTING THIRD STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES- 4
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058