UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAYTHAMANI MOHAMED HASSAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>　　　　Defendant. | Case No. 2:22-cv-01345-RSM<br><br>**ORDER GRANTING STIPULATED MOTION SEEKING COURT ORDERED SUBPOENA TO SOCIAL SECURITY ADMINISTRATION** |

Before the Court is Defendant The Boeing Company's ("Defendant") and Plaintiff Haythamani Mohamed Hassan's ("Plaintiff") Stipulated Motion Seeking Court Ordered Subpoena to Social Security Administration, requesting an Order to the Social Security Administration to Comply with a Court-signed Subpoena. 20 C.F.R. § 401.180 (c)(1)-(4). Having reviewed the parties' request, the Court HEREBY GRANTS THE PARTIES' STIPULATED MOTION and ORDERS that the Social Security Administration comply with the subpoena enclosed herein.

IT IS SO ORDERED.

Dated this 22nd day of April, 2024.

　　　　　　　　　　　　　　　　　　[signature]

　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED
MOTION SEEKING COURT ORDERED
SUBPOENA TO SOCIAL SECURITY
ADMINISTRATION - 1
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Presented by:

TELLER LAW

*/s/ Stephen A. Teller*
Stephen A. Teller, WSBA No. 23372
Teller Law
1139 34th Ave., Suite B
Seattle, WA 98122
Telephone: (206) 324-8969
Facsimile: (206) 860-3172
Email: Steve@stellerlaw.com

*Attorney for Plaintiff*

IN PACTA PLLC

*/s/ Noah C. Davis*
Noah C. Davis, WSBA No. 30939
IN PACTA PLLC
33530 1st Way S.
Suite 102
Federal Way, WA 98003
Telephone: (206) 734-3753
Email: nd@inpacta.com

*Attorney for Plaintiff*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Laurence A. Shapero*
*/s/ Sarah Jung Evans*
Laurence A. Shapero, WSBA No. 31301
Sarah Jung Evans, WSBA No. 37409
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: 206-693-7057
Fax: 206-693-7058
Email: laurence.shapero@ogletree.com
sarah.evans@ogletree.com

*Attorneys for Defendant*

---

ORDER GRANTING STIPULATED
MOTION SEEKING COURT ORDERED
SUBPOENA TO SOCIAL SECURITY
ADMINISTRATION - 2
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2024, I served the foregoing [PROPOSED] ORDER GRANTING STIPULATED MOTION SEEKING COURT ORDERED SUBPOENA TO SOCIAL SECURITY ADMINISTRATION via the method(s) below on the following parties:

Stephen A. Teller, WSBA No. 23372
TELLER LAW
1139 34th Ave., Suite B
Seattle, WA 98122
Telephone: (206) 324-8969
Facsimile: (206) 860-3172
Email: Steve@stellerlaw.com

*Attorney for Plaintiff*

Noah Davis, WSBA No. 30939
IN PACTA PLLC
33530 1st Way S.
Suite 102
Federal Way, WA 98003
Telephone: (206) 734-3753
Email: nd@inpacta.com

*Attorney for Plaintiff*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 12th day of April, 2024 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Jordan Sheets*
    Jordan Sheets, Practice Assistant
    jordan.sheets@ogletree.com

ORDER GRANTING STIPULATED
MOTION SEEKING COURT ORDERED
SUBPOENA TO SOCIAL SECURITY
ADMINISTRATION - 3
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058