# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HAYTHAMANI MOHAMED HASSAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>　　　　　　　Defendant. | NO. 22-cv-01345 RSM<br><br>**ORDER GRANTION MOTION OF STEPHEN TELLER TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

THE COURT HEREBY GRANTS THE MOTION of counsel to withdraw.

Stephen Teller, counsel for Plaintiff seeks leave of court to withdraw from representation more than 60 days before the discovery cutoff.  Said motion is in the form required by the Court.

DATED this 3rd day of June, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**ORDER GRANTION MOTION OF STEPHEN TELLER TO WITHDRAW AS COUNSEL FOR PLAINTIFF - 1**

Teller Law
1139 34th Ave, Suite B
Seattle, WA  98122
(206) 324-8969   Fax: 860-3172