1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

10
11
12
13
14
15

| | |
|---|---|
| HAYTHAMANI MOHAMED HASSAN, | Case No. 2:22-cv-01345-RSM |
| Plaintiff, | |
| v. | **ORDER GRANTING BOEING'S MOTION TO CONTINUE TRIAL DATE AND RELATED PRETRIAL DATES** |
| THE BOEING COMPANY, a Delaware corporation, | |
| Defendant. | |

16
17
18
19
20
21
22

This matter comes before the Court on The Boeing Company's Motion to Continue, Dkt. #42.  The Court has reviewed Boeing's Motion, Plaintiff's Opposition, and Boeing's Reply brief. The Court is convinced that the requested continuance will not significantly prejudice Plaintiff and that it is warranted to allow for both parties to conduct discovery, including necessary depositions of Plaintiff and Boeing's 30(b)(6) witness.  The unusual circumstances of the delay in obtaining Plaintiff's medical records makes this more than a situation of mere failure to complete discovery.

23

Accordingly, it is hereby ORDERED that:

24

1. The Motion for a trial continuance, Dkt. #42, is GRANTED.

25

2. The trial in this matter shall be set for May 5, 2025.

26

3. The following case schedule deadlines are continued as follows:

| | Current Deadline | New Deadline |
|---|---|---|
| **JURY TRIAL DATE** | **December 9, 2024** | **May 5, 2025** |
| Length of Trial | 6 days | 6 days |
| Disclosure of expert testimony under FRCP 26(a)(2) | May 31, 2024 | October 28, 2024 |
| Deadline for filing motions related to discovery.<br>Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | July 1, 2024 | November 26, 2024 |
| Discovery completed by | July 30, 2024 | December 20, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | August 27, 2024 | January 23, 2025 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | October 12, 2024 | March 10, 2025 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | October 29, 2024 | March 26, 2025 |
| Agreed pretrial order due | November 18, 2024 | April 18, 2025 |
| Pretrial conference to be scheduled by the Court. | | |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | November 25, 2024 | April 25, 2025 |

IT IS SO ORDERED.

DATED this 23rd day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE