THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HAYTHAMANI MOHAMED HASSAN,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-01345-RSM<br><br>**ORDER GRANTING STIPULATED MOTION REGARDING CONTINUED DEPOSITION OF DR. ANANTH SHENOY AND EXTENSION OF CERTAIN PRE-TRIAL DEADLINES** |

This matter came before the Court on the Parties' Stipulated Motion Regarding Continued Deposition of Dr. Ananth Shenoy and Extension of Certain Pre-Trial Deadlines. The Court has reviewed and considered the following documents:

1. Stipulated Motion Regarding Continued Deposition of Dr. Ananth Shenoy and Extension of Certain Pre-Trial Deadlines; and

2. Declaration of Laurence A. Shapero in support of Stipulated Motion Regarding Continued Deposition of Dr. Ananth Shenoy and Extension of Certain Pre-Trial Deadlines.

ORDER GRANTING STIPULATED MOTION REGARDING CONTINUED DEPOSITION OF DR. ANANTH SHENOY AND EXTENSION OF CERTAIN PRE-TRIAL DEADLINES - 1
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

IT IS HEREBY ORDERED THAT:

1. The Parties' Stipulated Motion Regarding Continued Deposition of Dr. Ananth Shenoy and Extension of Certain Pre-Trial Deadlines is GRANTED;

2. Boeing's deadline to disclose a rebuttal expert witness is extended to February 7, 2025;

3. The discovery deadline is extended solely to (a) accommodate Dr. Shenoy's continued deposition on January 8, 2025 of up to four (4) hours to which the parties have stipulated; and (b) allow Plaintiff 30 days' opportunity to depose Boeing's rebuttal expert witness.

4. The deadline to file Daubert motions to exclude expert testimony is extended to April 8, 2025.

5. Dkt. ## 49 and 54 are hereby WITHDRAWN.

DATED this 13th day of December, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION REGARDING CONTINUED DEPOSITION OF DR. ANANTH SHENOY AND EXTENSION OF CERTAIN PRE-TRIAL DEADLINES - 2
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Presented by:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Laurence A. Shapero*
*/s/ Sarah Jung Evans*
Laurence A. Shapero, WSBA No. 31301
Sarah Jung Evans, WSBA No. 37409
1201 Third Avenue, Suite 5150
Seattle, WA 98101
Phone: 206-693-7057
Fax: 206-693-7058
Email: laurence.shapero@ogletree.com
sarah.evans@ogletree.com

*Attorneys for Defendant The Boeing Company*

IN PACTA PLLC

*/s/ Noah Davis*
Noah Davis, WSBA No. 30939
IN PACTA PLLC
33530 1st Way S.
Suite 102
Federal Way, WA 98003
Telephone: (206) 734-3753
Email: nd@inpacta.com

*Attorney for Plaintiff*

ORDER GRANTING STIPULATED MOTION REGARDING CONTINUED DEPOSITION OF DR. ANANTH SHENOY AND EXTENSION OF CERTAIN PRE-TRIAL DEADLINES - 3
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

# CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2024, I served the foregoing [PROPOSED] ORDER GRANTING STIPULATED MOTION REGARDING CONTINUED DEPOSITION OF DR. ANANTH SHENOY AND EXTENSION OF CERTAIN PRE-TRIAL DEADLINES via the method(s) below on the following parties:

> Noah Davis, WSBA No. 30939
> IN PACTA PLLC
> 33530 1st Way S.
> Suite 102
> Federal Way, WA 98003
> Telephone: (206) 734-3753
> Email: nd@inpacta.com
>
> *Attorney for Plaintiff*

☐ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☒ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 11th day of December, 2024 at Seattle, Washington.

> OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
>
> By: */s/Jordan E. Sheets*
>     Jordan E. Sheets, Practice Assistant
>     jordan.sheets@ogletree.com

ORDER GRANTING STIPULATED MOTION REGARDING CONTINUED DEPOSITION OF DR. ANANTH SHENOY AND EXTENSION OF CERTAIN PRE-TRIAL DEADLINES - 4
Case No. 2:22-cv-01345-RSM

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058