# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| HAYTHAMANI MOHAMED HASSAN,<br><br>      Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.   22-1345-RSM |

\_\_\_\_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    Defendant's Motion for Summary Judgment, Dkt. #66, is GRANTED. Plaintiff's claims are DISMISSED. This case is CLOSED.


    Dated this 8th day of April, 2024.


                                          RAVI SUBRAMANIAN_____
                                          Clerk


                                          s/ *Tajma Eaton*_____
                                          Deputy Clerk