1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAYTHAMANI MOHAMED HASSAN,

                Plaintiff,

      v.

THE BOEING COMPANY,

                Defendant.

CASE NO. 2:22-cv-01345-RSM

**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL, DKT. 102**

Plaintiff seeks to file a notice of appeal seeking review of the District Court's grant of Defendant's motion for summary judgment and dismissal of this action. Before the Court is his application to proceed *in forma pauperis* (IFP) on appeal. (Dkt. 102).

The Court having reviewed Petitioner's motion to proceed IFP hereby ORDERS:

1.      The motion, Dkt. 102 is GRANTED.

2.      Petitioner shall be permitted to proceed on appeal without the prepayment of fees.

The Clerk shall provide a copy of this Order all counsel and Plaintiff.

Dated this 9th day of May, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge