UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAYTHAMANI MOHAMED HASSAN,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 2:22-cv-01345-RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED PRO SE |

This matter comes before the Court on Plaintiff Hassan's "Motion to Proceed Pro Se and Substitute Counsel." Dkt. #108. Mr. Hassan indicates that attorney Noah Christian Davis has attempted to withdraw previously and that there has been an "irreconcilable breakdown of the attorney-client relationship." *Id.* at 1. Although this case is closed, Mr. Hassan indicates that he intends to proceed pro se to address the pending Bill of Costs Motion and on appeal. There has been no opposition.

This motion is authorized by Local Civil Rule 83.2(b)(4): "[w]hen a party is represented by an attorney of record in a case, the party cannot appear or act on his or her own behalf in that case, or take any step therein, until after the party requests by motion to proceed on his or her own behalf…" The Court finds that Mr. Hassan has met the notice requirements of the Local

Rule through the Court's CM/ECF system. *See id.* The Court is further satisfied that Mr. Hassan's requested relief is warranted at this time and, seeing no opposition, will terminate his attorney as counsel of record and substitute Plaintiff in to proceed *pro se*.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Hassan's Motion to proceed Pro Se, Dkt. #108, is GRANTED. Plaintiff's attorney Noah Christian Davis is terminated as counsel of record and Mr. Hassan is substituted in *pro se*. All future filings in this matter must be sent to Plaintiff's address:

> Haytham T. Mohamed Hassan
> 1250 NE 145th St, Room #502
> Shoreline, WA 98155

DATED this 11th day of July, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION
TO PROCEED PRO SE - 2